754 S.E.2d 862

**In the Matter of Rose Marie COOPER, Respondent.**

Supreme Court of South Carolina.

Nov. 16, 2011.

## ORDER

By order dated August 17, 2011, the Court placed respondent on interim suspension pursuant to Rule 17, RLDE, Rule 413, SCACR. *In the Matter of Cooper,* 394 S.C. 34, 714 S.E.2d 312 (2011). Thereafter, respondent filed a Petition for Reconsideration.

The Court grants the Petition for Reconsideration. Respondent is reinstated to the practice of law.

IT IS SO ORDERED.

/s/JEAN H. TOAL, C.J.

/s/COSTA M. PLEICONES, J.

/s/DONALD W. BEATTY, J.

/s/JOHN W. KITTREDGE, J.

/s/KAYE G. HEARN, J.
    FOR THE COURT